IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 95-50005
Summary Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE ANTONIO VASQUES-ANTOPIA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 94-CR-264-4
- - - - - - - - - -
November 19, 1997
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Jose Antonio Vasquez-Antopia challenges the sufficiency of

the evidence to support his conviction for conspiracy.  He also

argues that the evidence was insufficient to support his

conviction for aiding and abetting the principals to possess with

intent to distribute a quantity of marijuana.  We have reviewed

the parties' briefs and the record and AFFIRM the district's

court's finding of guilt.  See United States v. Ybarra, 70 F.3d

362, 364 (5th Cir. 1995), cert. denied, 116 S. Ct. 1582 (1996);

———————————

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>United States v. Brown</u>, 102 F.3d 1390, 1399 (5th Cir. 1996),
<u>cert. denied</u>, 117 S. Ct. 1455 (1997); <u>United States v. Crooks</u>, 83
F.3d 103, 106 (5th Cir. 1996).